In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against BETHLEHEM STEEL COMPANY et al., Appellants.

Submitted June 1, 1948; decided June 4, 1948.

*C. A. McLain* and *Daniel J. Kenefick* for appellants.
*William E. Grady, Jr.,* for respondent.

Orders reversed and proceeding dismissed, with costs in this court and in the Appellate Division. (See *Angelos* v. *Mesevich,* 292 N. Y. 681, 682.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.